# United States District Court
WESTERN DISTRICT OF TENNESSEE
Western Division

CHRISTINA LITTLEJOHN FOR E.P.,
MINOR PLAINTIFF,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 2:23-cv-2802-jay

COMMISSIONER OF
SOCIAL SECURITY.

    **Jury verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the ORDER AFFIRMING THE DECISION OF THE COMMISSIONER entered in the above-styled matter on December 3, 2024 this case is hereby DISMISSED.


APPROVED:


**s/ Jon A. York**
UNITED STATES MAGISTRATE JUDGE



    WENDY R. OLIVER
    CLERK


**December 3, 2024**    BY: s/ Andrew Shulman
DATE    DEPUTY CLERK